McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
SHEA LITA BOND, SBN D.C. 469103
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESSARAE BORDERS,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:05-CV-02081-KJM<br><br>**STIPULATION TO AMEND ORDER AWARDING ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT; ORDER** |

On November 9, 2007, this Court issued an Order granting Plaintiff's attorney, as Plaintiff's assignee, attorneys' fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (ECF Document 32). Plaintiff's EAJA request was for $7,677.87 (Order at 1). However, the Order contains a clerical error, in that EAJA fees are awarded in the amount of $8,807.44 (Order at 6).

For the foregoing reasons, the parties, through their undersigned counsel, hereby request that this Court issue an amended order awarding Plaintiff's attorney, as Plaintiff's assignee, EAJA fees in the amount of $7,677.87.

///

///

2

Respectfully submitted,

Dated: December 6, 2007         /s/ *Bess Brewer*
                                *(As authorized via email)*
                                BESS BREWER
                                Attorney for Plaintiff

Dated: December 6, 2007         McGREGOR W. SCOTT
                                United States Attorney
                                LUCILLE GONZALES MEIS
                                Regional Chief Counsel, Region IX
                                Social Security Administration

                                /s/ *Shea Lita Bond*
                                SHEA LITA BOND
                                Special Assistant U.S. Attorney

                                Attorneys for Defendant

**ORDER**

**APPROVED AND SO ORDERED:**

Dated: December 6, 2007.

_____
U.S. MAGISTRATE JUDGE

2